# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**707**

**CAF 13-00136**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF ANDREA J. MORGIA,
PETITIONER-APPELLANT,

V                                        MEMORANDUM AND ORDER

THOMAS E. HORNING, RESPONDENT-RESPONDENT.
(APPEAL NO. 4.)

---

LINDA M. CAMPBELL, SYRACUSE, FOR PETITIONER-APPELLANT.

KRYSTAL M. HARRINGTON, ATTORNEY FOR THE CHILD, LOWVILLE.

SCOTT A. OTIS, ATTORNEY FOR THE CHILD, WATERTOWN.

---

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Morgia v Horning* ([appeal No. 1] ___ AD3d ___ [July 3, 2014]).

Entered:  July 3, 2014                     Frances E. Cafarell
                                           Clerk of the Court